

IN THE
TENTH COURT OF APPEALS

No. 10-15-00283-CR

IN RE WILLIAM ARTHUR McINTOSH

Original Proceeding

# ORDER

William Arthur McIntosh's Petition for Writ of Mandamus was filed on August 20, 2015. The Court requests a response from the other parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 14 days from the date of this notice.

PER CURIAM



Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Response requested
Order issued and filed August 27, 2015